# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

150030

In re ASC and EBW, Minors.

SC: 150030
COA: 320521
Lapeer CC Family Division:
13-003317-RL; 13-003318-RL

_____/

On order of the Court, the application for leave to appeal the August 7, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2014



Clerk

s0923